JOANNE M. PRINZI, Now Known as JOANNE MALVONE, Appellant, v PHILIP D. PRINZI, Respondent. [856 NYS2d 495]—Appeal from an order of the Supreme Court, Monroe County (David D. Egan, J.), entered August 31, 2007. The order denied plaintiff's application to compel defendant to transfer a certain sum together with statutory interest as part of an equitable distribution of pension funds and to grant plaintiff attorney's fees.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.